STABERG v. OLIVER MIN. CO. (Circuit Court of Appeals, Eighth Circuit. December 23, 1896.) No. 815. In Error to the Circuit Court of the United States for the District of Minnesota. John Rustgard, for plaintiff in error. William W. Billson, Chester A. Congdon, and Daniel A. Dickinson, for defendant in error. No opinion. Affirmed, with costs.

STAHL v. WILLIAMS. (Circuit Court of Appeals, Second Circuit. December 3, 1895.) No. 567. Appeal from the Circuit Court of the United States for the District of Connecticut. Mitchell, Hungerford & Bartlett, for appellant. Newell & Jennings, for appellee. Dismissed by consent, without costs.

STEINER et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 23, 1895.) No. 398. Appeal from the Circuit Court of the United States for the Southern District of New York. E. B. Smith, for appellants. Henry C. Platt, Asst. U. S. Atty. No opinion. Decree affirmed in open court.

TOD et al. v. HUBBARD. (Circuit Court of Appeals, Eighth Circuit. April 13, 1896.) No. 704. Appeal from the Circuit Court of the United States for the Northern District of Iowa. George W. Wickersham, Daniel B. Henderson, Louis G. Hurd, Francis B. Daniels, and George W. Kiesel, for appellants. John C. Coombs and Henry J. Taylor, for appellee. No opinion. Affirmed by a divided court, and costs equally divided.

TOWN OF CRIPPLE CREEK et al. v. MICHIGAN PIPE CO. (Circuit Court of Appeals, Eighth Circuit. January 4, 1897.) No. 890. Appeal from the Circuit Court of the United States for the District of Colorado. Charles M. Brown, for appellee. No opinion. Docketed and dismissed, with costs, pursuant to the sixteenth rule, on motion of counsel for appellee.

TOWN OF PHELPS v. BRIGGS. (Circuit Court of Appeals, Second Circuit. July 29, 1896.) No. 748. In Error to the Circuit Court of the United States for the Northern District of New York. S. D. Bentley, for plaintiff in error. No opinion. Dismissed, pursuant to the sixteenth rule.

UNION SWITCH & SIGNAL CO. et al. v. PHILADELPHIA & R. R. CO. et al. SAME v. ATLANTIC CITY R. CO. et al. (Circuit Court of Appeals, Third Circuit. January 27, 1897.) Nos. 37, 38. Appeals from the Circuit Court of the United States for the Eastern District of Pennsylvania. George H. Christy, for appellants. Wm. Houston Kenyon, for appellees. Dismissed per stipulation of parties. See 75 Fed. 1004.